CONNER *v.* FLANDERS.

EVANS, J.  The bill of exceptions containing no entry of service on the opposite party, or waiver thereof, the same is

*Dismissed.  All the Justices concur.*

Submitted November 27,—Decided December 19, 1907.

Rule, from Emanuel superior court.

Motion to dismiss the writ of error.

*B. L. Strange, B. B. McCowen,* and *H. B. Strange,* for plaintiff in error.  *Smith & Kirkland,* contra.